UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL CASE NO. 02-03-DLB

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                              ORDER

DANIEL E. GRIFFITH                                                              DEFENDANT

*******************************

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #51); and there being no objections filed thereto; and Defendant having been given the opportunity to allocute by filing a request to address the Court prior to final sentencing (*id.* at 5), and Defendant having failed to file such notice requesting allocution, and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #51), be, and is hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of his supervised release; that Defendant's supervised release be revoked, and that Defendant be sentenced to a split sentence of **three (3) months** incarceration, to be followed by **three (3) months** in a half-way house in Ashland or Lexington, to be determined by availability, for the purpose of both treatment for any substance issues that may be present, and to allow him the opportunity to integrate into society, for a total period of **six (6) months**, and that no supervised release be imposed upon his release from the half-way house.

1

A Judgment shall enter concurrently herewith.

This 25th day of November, 2008.

Signed By:
*David L. Bunning*  DB
**United States District Judge**